December 11, 1981.

442 A.2d 334

Campo et al. v. Campo et al.

Appeal of Frances Campo.

Reargument Denied March 16, 1982.

Petition for Allowance of Appeal Denied Aug. 30, 1982.

Argued June 11, 1980. Robert H. Dickman, for appellant; Harry C. Liebman, for appellees.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

441 A.2d 446

Commonwealth v. Andrews, Appellant.

Submitted September 10, 1981. Douglas M. Johnson, Assistant District Attorney, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.